# United States Court of Appeals
### For the Eighth Circuit

_____

No. 24-1839
_____

David Mitchell, II

*Plaintiff - Appellant*

v.

Douglas County, a Nebraska Political Subdivision, et al.

*Defendants - Appellees*
_____

Appeal from United States District Court
for the District of Nebraska - Omaha
_____

Submitted: January 31, 2025
Filed: February 5, 2025
[Unpublished]
_____

Before LOKEN, KELLY, and ERICKSON, Circuit Judges.
_____

PER CURIAM.

David Mitchell appeals the district court's[1] Memorandum and Order granting defendants' motions to dismiss Mitchell's complaint asserting a variety of 42 U.S.C.

---

[1]The Honorable Brian C. Buescher, United States District Judge for the District of Nebraska.

§ 1983 claims against Douglas County, the City of Omaha, County and City law enforcement agencies, and multiple County and City officials.

After careful review, we see no grounds for reversal and therefore affirm the judgment of the district court.  <u>See</u> 8th Cir. Rule 47A(a).

_____